# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–14898–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew A Montana
   64 Old Deerfield Pike
   Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–6133

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          5/15/19
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 22, 2019
JAN: lgr

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Matthew A Montana
    Debtor

Case No. 19-14898-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 22, 2019
                       Form ID: 132     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db              +Matthew A Montana,    64 Old Deerfield Pike,    Bridgeton, NJ 08302-3745
518075396        A-1 Collection,    2297 Highway 22 #906,    Trenton, NJ 08690
518075397      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     PO Box 982238,    El Paso, TX 79998)
518075402       +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518075405        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                  Trenton, NJ 08625-0112
518075408       +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
518075409      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank,    PO Box 790179,    St. Louis, MO 63179-0179)
518075410       +Vineland Oral Surgeons,    701 Yale Terrace,    Vineland, NJ 08360-5818
518075411       +Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 00:37:07      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 00:37:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ  07102-5235
518134789       +E-mail/Text: bankruptcy@pepcoholdings.com Mar 23 2019 00:36:46      Atlantic City Electric,
                  Credit Union,    5100 Harding Hwy,    Mays Landing NJ 08330-2297
518075398        E-mail/Text: mrdiscen@discover.com Mar 23 2019 00:36:23      Discover Financial Services,
                  PO Box 15316,    Wilmington, DE 19850-5316
518122117        E-mail/Text: mrdiscen@discover.com Mar 23 2019 00:36:23      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518075401        E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 00:36:40      Internal Revenue Service,
                  P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
518075404       +E-mail/Text: bk@lendingclub.com Mar 23 2019 00:37:33      Lending Club,    71 Stevenson Ste 300,
                  San Francisco, CA 94105-2985
518075406        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 00:53:16
                  Portfolio   Recovery Associates, LLC,    120 Corporate Blvd,    Ste 100,    Norfolk, VA 23502
518075407       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 23 2019 00:37:25      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518075400*       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518075399*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518075403*      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Matthew A Montana mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Mar 22, 2019
                              Form ID: 132              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4