Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–14898–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Matthew A Montana
64 Old Deerfield Pike
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–6133

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 15, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-14898-JNP
Matthew A Montana                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 2          Date Rcvd: Jul 15, 2019
                              Form ID: 148                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Matthew A Montana,    64 Old Deerfield Pike,    Bridgeton, NJ 08302-3745
518075396       A-1 Collection,    2297 Highway 22 #906,    Trenton, NJ 08690
518190095      +AC Electric Co. Employees FCU,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518190056      +AC Electric Co. Employees Federal Credit Union,    c/o Peter J. Liska, LLC,
                 766 Shrewsbury Ave.,    Tinton Falls, NJ 07724-3001
518190052      +Atlantic City Elec. Co. Employees Fed. Credit Unio,    c/o Peter J. Liska, LLC,
                 766 Shrewsbury Ave.,    Tinton Falls, NJ 07724-3001
518075402      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518075405       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518268030      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518075408      +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
518075410      +Vineland Oral Surgeons,    701 Yale Terrace,    Vineland, NJ 08360-5818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518134789      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 15 2019 23:56:17     Atlantic City Electric,
                 Credit Union,   5100 Harding Hwy,    Mays Landing NJ 08330-2297
518075397       EDI: BANKAMER.COM Jul 16 2019 03:23:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998
518075398       EDI: DISCOVER.COM Jul 16 2019 03:23:00     Discover Financal Services,   PO Box 15316,
                 Wilmington, DE 19850-5316
518122117       EDI: DISCOVER.COM Jul 16 2019 03:23:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518075401       EDI: IRS.COM Jul 16 2019 03:23:00     Internal Revenue Service,   P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
518075404      +E-mail/Text: bk@lendingclub.com Jul 15 2019 23:57:03     Lending Club,   71 Stevenson Ste 300,
                 San Francisco, CA 94105-2985
518075406       EDI: PRA.COM Jul 16 2019 03:23:00     Portfolio  Recovery Associates, LLC,   120 Corporate Blvd,
                 Ste 100,   Norfolk, VA 23502
518251386       EDI: PRA.COM Jul 16 2019 03:23:00     Portfolio Recovery Associates, LLC,
                 C/O u.s. Bank National Association,    POB 41067,   Norfolk VA 23541
518208797       EDI: Q3G.COM Jul 16 2019 03:23:00     Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,   Kirkland, WA  98083-0788
518075407      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 15 2019 23:56:57     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518163140      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 15 2019 23:56:57     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518075409       EDI: USBANKARS.COM Jul 16 2019 03:23:00     US Bank,   PO Box 790179,
                 St. Louis, MO 63179-0179
518239805      +EDI: AIS.COM Jul 16 2019 03:23:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518075411      +EDI: WFFC.COM Jul 16 2019 03:23:00     Wells Fargo,   PO Box 14517,   Des Moines, IA 50306-3517
518212272       EDI: WFFC.COM Jul 16 2019 03:23:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518190054       Atl. City Electric Co. Employees FCU
lm*            +Quicken Loans Inc.,    635 Woodward Avenue,   Detroit, MI 48226-3408
518075400*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
518075399*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518075403*     +KML Law Group, PC,    216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 15, 2019
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Matthew A Montana mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```